92 A.3d 753

Dana E. YOUNG, Sr., Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

May 27, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of May 2014, the Order of the Commonwealth Court is **AFFIRMED.**